UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CLAUDELL EARL MARTIN,<br><br>        Petitioner,<br><br>   v.<br><br>DANIEL PARAMO, WARDEN,<br><br>        Respondent. | CV 13-01447-TJH (SH)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: June 27, 2013

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

1